# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND C. JAGLOWICZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BETHEL TOWNSHIP, POLICE CHIEF TOM WORRILOW, JOHN CAMERO, III, ED MILES, MILES DAVEY, JEAN STOYER and TODD APPLE | : | NO. 15-4902 |

## ORDER

**NOW**, this 14th day of April, 2016, upon consideration of the Motion for Summary Judgment of Defendants Pursuant to F.R.C.P. 56 (Document No. 22), the plaintiff's response, the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks judgment in the defendants' favor on the claims for breach of contract, failure to create a police pension in violation of the Municipal Police Pension Law, and a claim under the Fifth Amendment, it is **GRANTED**.

2. To the extent the motion seeks summary judgment on the claims under the Police Tenure Act and the due process clause of the Fourteenth Amendment, it is **DENIED**.

3. To the extent the motion seeks qualified immunity for the individual defendants, Tom Worrilow, John Camero, III, Ed Miles, Miles Davey, Jean Stoyer and Todd Apple, it is **GRANTED**.

4. Judgment will be entered accordingly at the conclusion of this case.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.